IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Michael Mull, Case No. 1:17-cv-01683

### STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: January 29, 2026.

By: */s/ Jennifer Nolte*
    Jennifer Nolte
    ALLEN & NOLTE, PLLC
    5445 La Sierra Drive
    Suite 350
    Dallas, TX 75231
    214-521-2300
    Fax: 214-452-5637
    jnolte@allennolte.com

*Attorney for Plaintiff*

By: */s/ Andrea Roberts Pierson*
    Andrea Roberts Pierson
    Faegre Drinker Biddle & Reath, LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, IN 46204
    Phone: (317) 237-0300
    Fax: (317) 237-1000
    andrea.pierson@faegredrinker.com

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of January 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Andrea Roberts Pierson*